AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 6, 2007 |
| NAME OF SERVER (PRINT) Steven Pichiarallo | TITLE State Marshal Fairfield County, State of Connecticut |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
A true and attested copies served with and in the hands of Glenn Lois, General manager and the person in charge of the business at the time of service Durants Tents & Events 90 Federal Road Danbury, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $19.00 | $35.00 | $54.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 7, 2007
                    Date            Signature of Server

36 Tamarack Ave #147, Danbury, CT 06811
Address of Server

RECEIVED JUL 17 2007 USDC-WP-SDNY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

DEBORAH M. BERNSTEIN,

V.

HANDY RENT ALL CENTER D/B/A
DURANTS TENTS & EVENTS,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 6187**

**ROBINSON**

TO: (Name and address of defendant)

HANDY RENT ALL CENTER D/B/A
DURANTS TENTS & EVENTS
90 Federal Road
Danbury, Ct.  06810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGORY W. BAGEN
317 Clock Tower Commons
P.O. Box 380
Brewster, New York  10509

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK    CLERK

(BY) DEPUTY CLERK

DATE    JUL - 3 2007