UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH M. BERNSTEIN,

    Plaintiff,

  v.

HANDY RENT-ALL CENTER, d/b/a
DURANTS TENTS & EVENTS,

    Defendant.

Civil Action No.: 07 CIV 6187

**Rule 7.1 Statement**

---

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible qualification or recusal, the undersigned counsel for defendant HANDY RENT-ALL CENTER, d/b/a DURANTS TENTS & EVENTS, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: August 3, 2007

                _____
                WILLIAM A. SICHERI
                (WAS-2702)