## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss.:
COUNTY OF MORRIS      )

WILLIAM A. SICHERI, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on August 3, 2007, deponent served the within ANSWER upon the following parties:

> Gregory M. Bagen, Esq.
> 317 Clock Tower Commons
> P.O. Box 380
> Brewster, NY 10509

by electronic filing with the Court and by depositing said copies enclosed in a postpaid, properly addressed wrapper, into an official depository under the exclusive care and custody of the United States Post Office Department.

_____
WILLIAM A. SICHERI
(WAS-2702)

Sworn to before me this
3 day of August, 2007

_____
CHRISTOPHER G. FUSCO
  Attorney at Law of the
State of New Jersey