UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DEBORAH M. BERNSTEIN,

                Plaintiff(s),

                **SCHEDULING ORDER**

   -against-                07 Cv. 6187 (CLB) (GAY)

HANDY RENT ALL CENTER,

                Defendant(s).
--------------------------------------------------------X
Brieant, J.

    The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

    The conference previously set for October 5, 2007 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                          _____
                                                          Charles L. Brieant, U.S.D.J.