```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DEBORAH M. BERNSTEIN,

                    Plaintiff(s),                SCHEDULING ORDER

       -against-                                 07 Cv. 6187 (CLB) (GAY)

HANDY RENT ALL CENTER,

                    Defendant(s).
--------------------------------------------------------X
```

Brieant, J.

The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

The conference previously set for October 5, 2007 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       ~~October~~ Sept. 19, 2007

_Charles L. Brieant_
Charles L. Brieant, U.S.D.J.

MICROFILM SEP 20 2007 USDC SDNY WP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____