**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

DEBORAH M. BERNSTEIN,

        Plaintiff,

    -vs-

HANDY RENT ALL CENTER, D/B/A
DURANTS TENTS & EVENTS,

        Defendant.

------------------------------------------------X

CIVIL ACTION

DOCKET NO:

**07 CIV. 6187**
**ROBINSON**

FILED U.S. DISTRICT COURT S.D. OF N.Y. W.P. 2007 JUL -3 A 9:48

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

       Plaintiff, **DEBORAH M. BERNSTEIN**, by and through her attorney, **GREGORY W. BAGEN**, for her complaint in the above captioned matter, alleges and shows as follows:

       **FIRST:** That at all times hereinafter mentioned, plaintiff, **DEBORAH M. BERNSTEIN**, resided and still resides in Brewster, County of Putnam and State of New York.

       **SECOND:** That upon information and belief, as all times hereafter mentioned defendant, **HANDY RENT ALL CENTER D/B/A DURANTS TENTS & EVENTS**, is a Connecticut corporation with its principal office in Fairfield County, in the City of Danbury and State of Connecticut.

-1-

**THIRD**: Basis for venue is 28 U.S.C. 1391. The claim arose in Putnam County, New York which is within the Southern District of New York.

## JURISDICTION

**FOURTH**: Basis for jurisdiction is 28 U.S.C. 1332. The matter in controversy exceeds SEVENTY-FIVE THOUSAND and 00/100 DOLLARS ($75,000.00) and is between citizens of different States.

## BACKGROUND

**FIFTH**: That upon information and belief, at all times hereinafter mentioned, the defendant, **HANDY RENT ALL CENTER D/B/A DURANTS TENTS & EVENTS** was the owner of a party rental center.

**SIXTH**: That on the 11th day of June, 2005, at approximately 3 p.m., while plaintiff, **DEBORAH M. BERNSTEIN** was attending an affair at which defendant installed a tent in Brewster, New York. She stepped into a hole created by defendant and obscured by defendant.

**SEVENTH**: That the aforesaid loss was caused solely by the negligence of the defendant, **HANDY RENT ALL CENTER D/B/A DURANTS TENTS & EVENTS** and not by any reason of any negligence of the plaintiff contributing thereto.

**EIGHTH**: That defendant, **HANDY RENT ALL CENTER, D/B/A DURANTS TENTS & EVENTS** negligently, recklessly and carelessly dug holes, at the said time and place in that it did so without keeping a proper lookout for other users of the property; failed to give adequate notice of the hazard at site; failed to see whether there was adequate space for people to move with safety; failed to comply with the statutes of the State of New York relative to the construction of tents; covered the hole making it impossible to see and did not possess the requisite skill under the conditions extant.

**NINTH**: That as a result of the negligence of defendant, **HANDY RENT ALL CENTER D/B/A DURANTS TENTS & EVENTS** is responsible, the plaintiff, **DEBORAH M. BERNSTEIN** stepped in a hole, thereby, sustaining multiple injuries which included a multiple contusions and trauma. Plaintiff **DEBORAH M. BERNSTEIN** was rendered sick, sore and disabled, being caused to suffer great pain and mental anguish, all of which are of a permanent nature.

**TENTH**: By reason of the foregoing, plaintiff has been damaged in a sum in excess of $75,000.00 to be determined by the trier of fact.

**WHEREFORE**, plaintiffs demands judgment against defendant **HANDY RENT ALL CENTER D/B/A DURANTS TENTS & EVENTS** in the said sum together with trial by jury and the costs and disbursements of this action.

                                                                                             GREGORY W. BAGEN
Attorney for Plaintiff
**DEBORAH M. BERNSTEIN**
317 Clock Tower Commons
P.O. Box 380
Brewster, New York   10509
(845) 279-7000