

# CALLAHAN&FUSCO LLC
### Attorneys at Law

BETH A. CALLAHAN ♦
CHRISTOPHER G. FUSCO ✱
CHARLES J. REITER ●

CATHERINE MCGLONE ♦
OF COUNSEL

WILLIAM A. SICHERI ✱
CHAD L. KLASNA ✱■
MATTHEW D. STOCKWELL ✱
SELENA M. CASINELLI ✱
MITCHELL R. AYES ♦
BRIAN R. MASTERSON ✱

72 EAGLE ROCK AVENUE, SUITE 320
EAST HANOVER, NJ 07936

TELEPHONE: (973) 618-9770
FACSIMILE: (973) 618-9772
WWW.CALLAHANFUSCO.COM

40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NY 10005
TELEPHONE: (212) 448-9570
FACSIMILE: (212) 448-9772

PLEASE REPLY TO NEW JERSEY

♦ N.J.
● N.Y.
✱ N.J. & N.Y.
■ ILL.

January 22, 2008

**VIA FACSIMILE (914) 390-4085**

Alice Cama, Deputy
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

    Re:    **Deborah Bernstein v. Handy Rent All Center d/b/a Durants Tents & Events**
            **Index No.:**    **07 CIV 6187**
            **Our File No.:**  **ICH-256**

Dear Ms. Cama:

    Pursuant to your conversation this morning with my Paralegal, this correspondence shall confirm that with consent of our adversary, the Status Conference scheduled for Friday, January 25, 2008, has been adjourned until February 8, 2008, at 9:30 a.m. before The Honorable Charles L. Brieant, J.S.C. By copy of this letter we are advising plaintiff's counsel that this adjournment has been granted.

    Should you have any questions with respect to the foregoing, please do not hesitate to contact the undersigned.

                                    Respectfully submitted,

                                    *William A. Sicheri*
                                    WILLIAM A. SICHERI

WAS/pb
    cc:    Gregory W. Bagen, Esq. (via facsimile only)