UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH M. BERNSTEIN    :

    Plaintiff,    :

-v-    :

                                  07 CIV 6187 (CLB)

HANDY RENT-ALL CENTER    :
d/b/a DURANTS TENTS &
EVENTS,

    Defendant    :

HANDY RENT-ALL CENTER    :
d/b/a DURANTS TENTS &
EVENTS,

    Third-Party Plaintiff  :

-v-

GREEN CHIMNEYS CHILDREN
SERVICES, INC.,

    Third-Party Defendant
                               :

## CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that on February 4, 2008, I electronically filed with the Clerk of the Court, using the CM/ECF System, the following document(s):

    Answer of the Third-Party Defendant GREEN CHIMNEYS CHILDREN'S SERVICES, INC., to the Third-Party Plaintiff's Complaint.

    The CM/ECF System will provide service of such filing(s) to the following parties:

WILLIAM A. SICHERI, Esq.
(WAS 2702)
Callahan & Fusco, LLP
40 Exchange Place, 18th Floor
New York, NY 10005
Attorney for the Third-Party Plaintiff

GREGORY M. BAGEN, Esq.
317 Clock Tower Commons
PO Box 380
Brewster, NY 10509
Attorney for the Plaintiff

                              Yours, etc.,

By:     ___s/LG 2655_____
           Louis U. Gasparini, Esq.
           lgasparini@lynchschwab.com
           **LYNCH SCHWAB, PLLC**
           75 South Broadway
           Fourth Floor
           White Plains, NY 10601
           (914) 285-0700
           (914) 285-1213 (facsimile)
           Attorney for the Third-Party Defendant