UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH M. BERNSTEIN :

    Plaintiff, :

    -v- :

HANDY RENT-ALL CENTER :    07 CIV 6187 (CLB)
d/b/a DURANTS TENTS &
EVENTS,

    Defendant :

HANDY RENT-ALL CENTER :
d/b/a DURANTS TENTS &
EVENTS,

    Third-Party Plaintiff :

    -v-

GREEN CHIMNEYS CHILDREN
SERVICES, INC.,

    Third-Party Defendant
                            :

---

## FEDERAL RULES OF CIVIL PROCEDURE
## 7.1 STATEMENT

    **PLEASE TAKE NOTICE,** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Third Party Defendant, GREEN CHIMNEYS CHILDREN SERVICES, INC., hereby certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

    NONE

TO:

WILLIAM A. SICHERI, Esq.
(WAS 2702)
Callahan & Fusco, LLP
40 Exchange Place, 18th Floor
New York, NY 10005
Attorney for the Third-Party Plaintiff

GREGORY M. BAGEN, Esq.
317 Clock Tower Commons
PO Box 380
Brewster, NY 10509
Attorney for the Plaintiff

                                       Yours, etc.,

By:    ____s/LG 2655_____
           Louis U. Gasparini, Esq.
           lgasparini@lynchschwab.com
           **LYNCH SCHWAB, PLLC**
           75 South Broadway
           Fourth Floor
           White Plains, NY 10601
           (914) 285-0700
           (914) 285-1213 (facsimile)
           Attorney for the Third-Party Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH M. BERNSTEIN          :

    Plaintiff,          :

   -v-          :

                          07 CIV 6187 (CLB)

HANDY RENT-ALL CENTER          :
d/b/a DURANTS TENTS &
EVENTS,

    Defendant          :

HANDY RENT-ALL CENTER          :
d/b/a DURANTS TENTS &
EVENTS,

    Third-Party Plaintiff  :

   -v-

GREEN CHIMNEYS CHILDREN
SERVICES, INC.,

    Third-Party Defendant
                          :

## CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that on February 4, 2008, I electronically filed with the Clerk of the Court, using the CM/ECF System, the following document(s):

    Federal Rules of Civil Procedure 7.1 Statement of the Third-Party Defendant GREEN CHIMNEYS CHILDREN'S SERVICES, INC.

    The CM/ECF System will provide service of such filing(s) to the following parties:

WILLIAM A. SICHERI, Esq.
(WAS 2702)
Callahan & Fusco, LLP
40 Exchange Place, 18th Floor
New York, NY 10005
Attorney for the Third-Party Plaintiff

GREGORY M. BAGEN, Esq.
317 Clock Tower Commons
PO Box 380
Brewster, NY 10509
Attorney for the Plaintiff

                          Yours, etc.,

By:      ____s/LG 2655_____
             Louis U. Gasparini, Esq.
             lgasparini@lynchschwab.com
             **LYNCH SCHWAB, PLLC**
             75 South Broadway
             Fourth Floor
             White Plains, NY 10601
             (914) 285-0700
             (914) 285-1213 (facsimile)
             Attorney for the Third-Party Defendant