



Carol K. Bagen
*Legal Assistant*

Kathleen C. Russo, R.N.
*Legal Nurse Consultant*

February 7, 2008

<u>Via facsimile to (914) 390-4085</u>
Alice Cama, Deputy
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

*[handwritten:] Final conf. 2/22/08 So Ordered [signature] Charles L. Briant USDJ*

    Re:    Deborah Bernstein v. Handy Rent-All Center d/b/a Durants Tents & Events
            Index No.: 07 CIV 6187

Dear Ms. Cama:

    Pursuant to your conversation today with my Paralegal, please allow this letter to confirm that the status conference currently scheduled for February 8, 2008 before The Hon. Charles L. Briant has been adjourned until February 22, 2008. This request was made because plaintiff's counsel is engaged in trial in the Putnam County Supreme Court and is on consent of all parties.

    Thank you for your consideration in this matter.

                                Very truly yours,

                                GREGORY W. BAGEN

GWB/jb
        <u>Via facsimile</u>
    cc:    William A. Sicheri, Esq.
            Louis U. Gasparini, Esq.