# CALLAHAN&FUSCO LLC
### Attorneys at Law

BETH A. CALLAHAN ♦
CHRISTOPHER G. FUSCO ✱

CATHERINE MCGLONE ♦
CHARLES J. REITER ●
OF COUNSEL

WILLIAM A. SICHERI ✱
CHAD L. KLASNA ✱■
MATTHEW D. STOCKWELL ✱
SELENA M. CASINELLI ♦
MITCHELL R. AYES ✱
BRIAN R. MASTERSON ✱

72 EAGLE ROCK AVENUE, SUITE 320
EAST HANOVER, NJ 07936

TELEPHONE: (973) 618-9770
FACSIMILE: (973) 618-9772
WWW.CALLAHANFUSCO.COM

40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NY 10005
TELEPHONE: (212) 448-9570
FACSIMILE: (212) 448-9772

PLEASE REPLY TO NEW JERSEY

♦ N.J.
● N.Y.
✱ N.J. & N.Y.
■ ILL.

February 20, 2008

**VIA FACSIMILE (914) 390-4085**

Alice Cama, Deputy
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

    Re:    **Deborah Bernstein v. Handy Rent All Center d/b/a Durants Tents & Events v. Green Chimneys Children's Services, Inc.**
            **Index No.:**    07 CIV 6187

Dear Ms. Cama:

    Pursuant to our conversation this afternoon, this correspondence shall confirm that with the consent of our adversaries, the Status Conference scheduled for Friday, February 22, 2008, has been adjourned to March 7, 2008, at 9:30 a.m., before the Honorable Charles L. Bricant, U.S.D.J. By copy of this letter we are advising all counsel of this adjournment. This is the final adjournment of the Status Conference.

    Should you have any questions with respect to the foregoing, please do not hesitate to contact the undersigned.

                            Respectfully submitted,

                            William A. Sicheri
                            WILLIAM A. SICHERI

WAS/cm
cc:    Gregory W. Bagen, Esq. (via facsimile only)
        Louis U. Gasparini, Esq. (via facsimile only)