03/06/2008 14:56 FAX 9736189772
Mar 06 2008 12:43PM LYNCH SCHWAB
Case 7:07-cv-06187-CLB    Document 15    Filed 03/06/2008    Page 1 of 3
9146201715
☐003/004
P.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH M. BERNSTEIN,

   Plaintiff,

v.

HANDY RENT-ALL CENTER, d/b/a
DURANTS TENTS & EVENTS,

   Defendant.

---

HANDY RENT-ALL CENTER, d/b/a
DURANTS TENTS & EVENTS,

   Third-Party Plaintiff,

v.

GREEN CHIMNEYS CHILDREN'S
SERVICES, INC.,

   Third-Party Defendant.

---

Civil Action No.: 07 CIV 6187

STIPULATION OF DISCONTINUANCE
WITH PREJUDICE *& order*

  **IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for plaintiff, defendant/third-party plaintiff, and third-party defendant, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the plaintiff's Complaint and the defendant/third-party plaintiff's Third-Party Complaint, and any and all cross claims or counterclaims, be, and the same hereby are, discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

*So ordered: March 6, 2008*

*Charles Brieant*
USDJ

**IT IS HEREBY FURTHER STIPULATED,** that this Stipulation may be signed in counterparts.

Dated:

| | |
|---|---|
| LAW OFFICES OF GREGORY M. BAGEN<br>317 Clock Tower Commons<br>P.O. Box 380<br>Brewster, NY 10509<br>Attorneys for Plaintiff<br>DEBORAH BERNSTEIN<br><br>By: _____<br>GREGORY M. BAGEN, ESQ. | CALLAHAN & FUSCO, LLL<br>40 Exchange Place, 18th Floor<br>New York, NY 10005<br>Attorneys for Defendant/Third-Party Plaintiff<br>HANDY RENT-ALL CENTER, d/b/a<br>DURANTS TENTS & EVENTS<br><br>By: _____<br>WILLIAM A. SICHERI, ESQ. |
| LYNCH SCHWAB, PLLC<br>75 South Broadway, 4th Floor<br>White Plains, NY 10601<br>Attorneys for Third-Party Defendant<br>GREEN CHIMNEYS CHILDREN'S<br>SERVICES, INC.<br><br>By: _____<br>LOUIS U. GASPARINI, ESQ. | WAS-2702 |

LC 2655



# CALLAHAN&FUSCO LLC
## Attorneys at Law

BETH A. CALLAHAN ♦
CHRISTOPHER G. FUSCO ✱

CATHERINE MCGLONE ♦
CHARLES J. REITER ●
OF COUNSEL

WILLIAM A. SICHERI ✱
CHAD L. KLASNA ✱■
MATTHEW D. STOCKWELL ♦
SELENA M. CASINELLI ✱
MITCHELL R. AYES ✱
BRIAN R. MASTERSON ✱

72 EAGLE ROCK AVENUE, SUITE 320
EAST HANOVER, NJ 07936

TELEPHONE: (973) 618-9770
FACSIMILE: (973) 618-9772
WWW.CALLAHANFUSCO.COM

40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NY 10005
TELEPHONE: (212) 448-9570
FACSIMILE: (212) 448-9772

PLEASE REPLY TO NEW JERSEY

♦ N.J.
● N.Y.
✱ N.J. & N.Y.
■ ILL.

March 6, 2008

**VIA FACSIMILE (914) 390-4085**

Alice Cama, Deputy
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:   Deborah Bernstein v. Handy Rent All Center d/b/a Durants Tents & Events
      v. Green Chimneys Children's Services, Inc.
      **Index No.:**   07 CIV 6187

Dear Ms. Cama:

Please be advised that we represent defendant/third-party plaintiff Handy Rent-All Center d/b/a Durants Tents & Events in the above-captioned matter.

Attached please find a Stipulation of Discontinuance With Prejudice executed by all parties. As per our conversation this morning and as this matter has been fully resolved, please allow this correspondence to confirm that the parties will not be appearing at the Status Conference scheduled before the Honorable Charles L. Brieant, U.S.D.J., on March 7, 2008, at 9:30 a.m.

Should you have any questions with respect to the foregoing, please do not hesitate to contact the undersigned.

Respectfully submitted,

*William G. Sicheri*
WILLIAM A. SICHERI

WAS/cm
cc:   Gregory W. Bagen, Esq. (via facsimile only)
      Louis U. Gasparini, Esq. (via facsimile only)